UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:11-cr-363-T-23TBM

JESUS ALBERTO LARA FLOREZ
_____/

**ORDER**

The defendant appeals (Doc. 237) from the order (Doc. 231) denying his motion (Doc. 208) for a reduction of sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines and moves (Doc. 239) for leave to appeal *in forma pauperis*.* The magistrate judge recommends (Doc. 248) denial of the motion and explains that, although the defendant is indigent, the "Defendant fails to assert an arguable, good faith basis to appeal."

The report and recommendation is **ADOPTED**. For the reasons explained in the orders denying a reduction (Doc. 231) and for the reasons explained in the report

---

* The Federal Public Defender, who was appointed to represent the defendant, declined to file a motion for a sentence reduction (Doc. 230) because "the amendment does not have the effect of lowering Defendant's base offense level." The defendant was responsible for 913.5 kilograms of cocaine; his base offense level remains 38.

and recommendation (Doc. 248), the appeal is frivolous and not taken in good faith. The motion for leave to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on May 12, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE